# EXHIBIT 6

 Gmail

**Barclay Leib <barclaytleib@sandspringllc.com>**

---

## Re: William -
1 message

---

**Barclay Leib** <barclaytleib@sandspringllc.com>         Sat, Dec 9, 2023 at 11:37 AM
To: William Francis <william@inclinelp.com>

Yup

Sent from my iPhone

> On Dec 9, 2023, at 10:59 AM, William Francis <william@inclinelp.com> wrote:

Reading the new Dalio book. Is that you that's quoted in there?

On Tue, Aug 22, 2023 at 5:50 PM Barclay Leib <BarclaytLeib@sandspringllc.com> wrote:

> OK, understood.  Last you will hear from me.
>
>
>
> _____
>
> Barclay T. Leib, CFE, CAIA
>
> Sand Spring Advisors LLC
>
> Alternative Asset Due Diligence & Expert Consulting
>
> Morristown, NJ
>
> BarclayTLeib@sandspringllc.com
>
> 973-525-9257
>
>
>
> **From:** William Francis <william@inclinelp.com>
> **Sent:** Tuesday, August 22, 2023 5:53 PM
> **To:** Barclay Leib <BarclaytLeib@sandspringllc.com>
> **Subject:** Re: William -
>
>
> Barclay,
>
>
> As you seem quite determined in your objective to fill my inbox with unwanted updates on your personal endeavors as it relates to Phoenix/Ferrari (which I have never expressed any interest in following or wasting my time in consuming) I feel compelled to request you cease and desist from providing these updates.

BTL00001

Evidenced by no replies ever being made to any of your emails, I have no interest in assisting or participating in any form in this complaint that you are pursuing. You seem quite adamant in filling me in with your opinions and alleged findings on this subject matter in which I couldn't care less about the outcome and therefore would request you cease from keeping me posted on your latest research or updates on this particular project.

Obviously you found me as there are publicly available actions that have been filed against me or in which I've been named. Everything I'd be willing to state to you is already publicly available in those filing if you're really keen to follow what is going on. So I would request instead of sending me information which is of no use to me, I would point you to tracking the publicly available instruments in those cases as I rarely get past the first sentence or two of these emails:

US District Court - Northern District of Texas Dallas Division - 3:23-cv-00455

116th Judicial District Court -Dallas County TX - DC-22-06350

Regards,

**William Francis**

Managing Partner

Incline Energy Partners, LP

(214) 274-3800

https://inclinelp.com/

On Fri, Aug 18, 2023 at 2:25 PM Barclay Leib <BarclaytLeib@sandspringllc.com> wrote:



BTL00002



BTL00003