**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Petitioner Adam Ferrari*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM FERRARI,<br><br>   Petitioner,<br><br>v.<br><br>BARCLAY LEIB,<br><br>   Respondent. | Case No. 24-7753<br><br>Underlying Civil Action: *Adam Ferrari v. William Francis*, Case No. 3:23-cv-00455-S, as pending in the U.S. District Court for the Northern District of Texas<br><br>**CERTIFICATE OF SERVICE** |

  I, Kevin M. McDonough, hereby certify that:

  1. I am an attorney with the law firm of Latham & Watkins LLP, counsel for Petitioner Adam Ferrari in the above-captioned matter. I am admitted to the Bar of the State of New Jersey and of this court.

  2. On July 12, 2024 I caused true and correct copies of the following documents:

    a. Petitioner Adam Ferrari's Notice of Motion to Compel Barclay Leib to Produce Documents in Response to a Subpoena *Duces Tecum* and to Comply with a Subpoena *Ad Testificandum*;

1

b. Petitioner Adam Ferrari's Memorandum in Support of Motion to Compel Barclay Leib to Produce Documents in Response to a Subpoena *Duces Tecum* and to Comply with a Subpoena *Ad Testificandum*;

c. Declaration of Garrett Long in Support of Petitioner Adam Ferrari's Motion to Compel Barclay Leib to Produce Documents in Response to a Subpoena *Duces Tecum* and to Comply with a Subpoena *Ad Testificandum,* with Exhibits 1-11;

d. Declaration of Curtis Allen in Support of Petitioner Adam Ferrari's Motion to Compel Barclay Leib to Produce Documents in Response to a Subpoena *Duces Tecum* and to Comply with a Subpoena *Ad Testificandum*, with Exhibits 1-3;

e. [Proposed] Order Granting Petitioner Adam Ferrari's Motion to Compel Barclay Leib to Produce Documents in Response to a Subpoena *Duces Tecum* and to Comply with a Subpoena *Ad Testificandum*;

f. Notice of Motion for Admission of Counsel *Pro Hac Vice;* Certification of Kevin M. McDonough in Support of Admission of Counsel *Pro Hac Vice;* Certifications of John T. Ryan, Andrew R. Gray, and Garrett S. Long in Support of Motion for Admission of Counsel *Pro Hac Vice;* [Proposed] Order Granting Admission of Counsel *Pro Hac Vice*

to be served on the following counsel for Respondent and counsel for Defendant in the underlying action via U.S. Mail and email:

| | |
|---|---|
| Bryan Wood<br>Lindsey B. Silver<br>PUGSLEY WOOD LLP<br>53 State Street, Suite 570<br>Boston, MA 02109<br>bryan@pugsleywood.com<br>lindsey@pugsleywood.com<br><br>*Counsel for Respondent Barclay Leib* | Charlene C. Koonce<br>Cortney C. Thomas<br>Andrew C. Debter<br>Paulette C. Miniter<br>BROWN FOX PLLC<br>8111 Preston Road, Suite 300<br>Dallas, TX 75225<br>charlene@brownfoxlaw.com<br>cort@brownfoxlaw.com<br>andrew@brownfoxlaw.com<br>paulette@brownfoxlaw.com<br><br>*Counsel for Defendant William Francis in Underlying Action* |
| Dated: July 12, 2024 | */s/ Kevin M. McDonough*<br>Kevin M. McDonough |

3