# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

317 GEORGE STREET • SUITE 320 • NEW BRUNSWICK • NEW JERSEY • 08901
TEL: 908.516.2045 • FAX: 908.524.0145 • WEB: WWW.FBRLLP.COM

EMAIL: procco@fbrllp.com

July 16, 2024

**Sent Via ECF**

Clerk, U.S. District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re: *Adam Ferrari v. Barclay Leib*, Case No. 24-7753 (ES)(MAH)

Dear Sir/Madam:

      On behalf of Defendant Barclay Leib, I write pursuant to Local Civil Rule 7.l (d)(5) to request the automatic extension of Plaintiff's time to submit papers in opposition to Defendant's two motions to compel (Docket Entries 1 and 4), simultaneously filed with the institution of the above-captioned matter on July 12, 2024. Resolution of those motions will dispose of this entire matter. The originally noticed motion day for these motions, August 5, 2024, has not been previously adjourned. The new motion day would be August 19, 2024.

      This letter is being submitted before the date on which Plaintiff's opposition to Defendant's motion would otherwise be due.

      Thank you for your attention to this matter.

                              Respectfully submitted,

                              Patrick L. Rocco